# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154529

RONNIE MADSON, JR.,
      Plaintiff-Appellant,

v

LATOYA JASO,
      Defendant-Appellee.

SC: 154529
COA: 331605
Lenawee CC: 11-037046-DC

_____/

      On order of the Court, the application for leave to appeal the August 25, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Ozimek v Rodgers* (Docket No. 154776) and *Marik v Marik* (Docket No. 154549) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2017



s0131

Clerk